DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ANDRES BARRAGAS-LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-CR-0137 JAM |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| ANDRES BARRAGAS-LARA, ) | |
| ) | |
| Defendant. ) | Date:  June 8, 2010 |
| ) | Time:  9:30 a.m. |
| _____ ) | Judge: Hon. John A. Mendez |

It is hereby stipulated and agreed between defendant, ANDRES BARRAGAS-LARA, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for June 8, 2010, may be continued to June 22, 2010, at 9:30 a.m.

Counsel have yet to receive a pre-plea presentence report and will need time to obtain the report and consider whether the case may be resolved without trial.  Because counsel's review may affect resolution of the case, the parties agree that the interests of justice warrant excluding time under the Speedy Trial Act from the date of this order

1 through June 22, 2010, pursuant to Title 18, United States Code, Section
2 3161(h)(7)(A) and (B)(iv).

3                                         Respectfully Submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Defender
5

6 Dated:   June 2, 2010              /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for ANDRES BARRAGAS-LARA
8

9                                         BENJAMIN B. WAGNER
                                          United States Attorney
10

11 Dated:   June 2, 2010             /s/  T. Zindel for M. Anderson
                                     MICHAEL ANDERSON
12                                   Assistant U.S. Attorney

13

14                                  **O R D E R**

15     The status conference is continued to June 22, 2010, at 9:30 a.m.
16 The court finds that a continuance is necessary for the reasons stated
17 above and further finds that the ends of justice served by granting a
18 continuance outweigh the best interests of the public and the defendant
19 in a speedy trial.  Time is therefore excluded from the date of this
20 order through June 22, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
21 (B)(iv).
22     IT IS SO ORDERED.

23

24 Dated:   June 2, 2010              /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
25                                    United States District Judge

26

27

28

Stip & Order                              -2-