1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   ANDRES BARRAGAS-LARA

7

8

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:10-CR-0137 JAM
                                   )
14               Plaintiff,        )
                                   )  **STIPULATION AND ORDER**
15       v.                        )  **CONTINUING STATUS CONFERENCE**
                                   )  **AND EXCLUDING TIME**
16  ANDRES BARRAGAS-LARA,          )
                                   )
17               Defendant.        )  Date:  June 22, 2010
                                   )  Time:  9:30 a.m.
18  _____)  Judge: Hon. John A. Mendez

19

20      It is hereby stipulated and agreed between defendant, ANDRES

21  BARRAGAS-LARA, and plaintiff, United States of America, by and through

22  their attorneys, that the status conference presently scheduled for June

23  22, 2010, may be continued to July 13, 2010, at 9:30 a.m.

24      Defense counsel seeks additional time to confirm information in the

25  pre-plea presentence report before advising Mr. Barragas-Lara about

26  resolving the case.  Because counsel's review may affect resolution of

27  the case, the parties agree that the interests of justice warrant

28  excluding time under the Speedy Trial Act from the date of this order

through July 13, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  June 17, 2010          /s/ T. Zindel_____
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for ANDRES BARRAGAS-LARA


                               BENJAMIN B. WAGNER
                               United States Attorney


Dated:  June 17, 2010          /s/  T. Zindel for M. Anderson___
                               MICHAEL ANDERSON
                               Assistant U.S. Attorney


**O R D E R**

The status conference is continued to July 13, 2010, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through July 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.


Dated:  June 17, 2010          /s/ John A. Mendez_____
                               HON. JOHN A. MENDEZ
                               United States District Judge