```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    ANDRES BARRAGAS-LARA
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,    )  No. 2:10-CR-0137 JAM
                                 )
14            Plaintiff,         )
                                 )  STIPULATION AND ORDER
15      v.                       )  CONTINUING STATUS CONFERENCE
                                 )  AND EXCLUDING TIME
16  ANDRES BARRAGAS-LARA,        )
                                 )
17            Defendant.         )  Date:  July 13, 2010
                                 )  Time:  9:30 a.m.
18  _____)  Judge: Hon. John A. Mendez

19
```

It is hereby stipulated and agreed between defendant, ANDRES BARRAGAS-LARA, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for July 13, 2010, may be continued to July 27, 2010, at 9:30 a.m.

Defense counsel seeks additional time to confirm information in the pre-plea presentence report before advising Mr. Barragas-Lara about resolving the case. Because counsel's review may affect resolution of the case, the parties agree that the interests of justice warrant excluding time under the Speedy Trial Act from the date of this order

1  through July 27, 2010, pursuant to Title 18, United States Code, Section
2  3161(h)(7)(A) and (B)(iv).
3                                          Respectfully Submitted,
4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
6  Dated:   July 9, 2010                   /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for ANDRES BARRAGAS-LARA
8
9                                          BENJAMIN B. WAGNER
                                           United States Attorney
10
11 Dated:   July 9, 2010                   /s/  T. Zindel for M. Anderson
                                           MICHAEL ANDERSON
12                                         Assistant U.S. Attorney
13
14                              **O R D E R**

15     The status conference is continued to July 27, 2010, at 9:30 a.m.
16 The court finds that a continuance is necessary for the reasons stated
17 above and further finds that the ends of justice served by granting a
18 continuance outweigh the best interests of the public and the defendant
19 in a speedy trial.  Time is therefore excluded from the date of this
20 order through July 27, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
21 (B)(iv).
22     IT IS SO ORDERED.
23
24 Dated:   July 9, 2010                   /s/ John A. Mendez
                                           HON. JOHN A. MENDEZ
25                                         United States District Judge
26
27
28